IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00243-MSK-BNB

ROBERTA FOLKS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for a non-evidentiary hearing on the law and motion calendar[1] of Judge Marcia S. Krieger to be held on **January 7, 2009 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the future course of this case.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

Dated this 15th day of December, 2008

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge

---

[1] See MSK Civ. Practice Standard V.H. (Hearings on Motions) for a description of a law and motion hearing.