IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-243-MSK-BNB

ROBERTA FOLKS, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

## ORDER

The parties appeared today for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed on the record:

IT IS ORDERED that a supplemental scheduling conference is set for **February 17, 2009, at 1:30 p.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall prepare a revised Second Amended Scheduling Order modified as discussed at the conference today and submit it on or before **February 12, 2009**.

Dated February 5, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge