IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-243-MSK-BNB

ROBERTA FOLKS, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter arises on plaintiff's **Unopposed Motion to Modify Scheduling Order to Permit Replacement Expert Witness Disclosures** [Doc. # 186, filed 5/8/2012] (the "Motion"). Good cause has been shown and the Motion is not opposed.

IT IS ORDERED:

(1)   The Motion [Doc. # 186] is GRANTED;

(2)   The plaintiff may have to and including **June 11, 2012**, within which to designate an expert witness to replace Richard Hodges, deceased, and to provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) concerning the replacement expert;

(3)   The defendant may have to and including **July 13, 2012**, within which to submit an expert report in rebuttal to the plaintiff's replacement expert and to provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) concerning the replacement expert; and

(4)   The discovery cut-off is extended to and including **August 8, 2012**, solely to allow the parties to conduct any depositions necessitated by the replacement expert disclosures.

Dated May 10, 2012.

        BY THE COURT:

        s/ Boyd N. Boland
        United States Magistrate Judge