IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-00243-REB-BNB

ROBERTA FOLKS,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2012

JEFFREY P. COLWELL
               CLERK

## VERDICT FORM

We, the jury, on our oaths, present our Answers to Questions submitted by the court, to which we have all agreed:

1. Do you find that the plaintiff, Roberta Folks, proved by a preponderance of the evidence all of the elements of her claim for breach of contract, as set forth in Instruction No. 12?

    **X** Yes             ___ No

If your answer to question no. 1 is "no," then do not answer any other questions, but instead date and sign the Verdict Form. If your answer to question no. 1 is "yes," then please answer question nos. 2 and 3.

2. What amount of actual damages, if any, as defined in Instruction No. 19, do you find by a preponderance of the evidence were caused by the defendant's breach of contract?

$ 40,000

3. If you find that the plaintiff did not suffer any actual damages, then you must award her nominal damages in an amount of not more than one dollar.

$ _Ø_

4. Do you find that the plaintiff, Roberta Folks, proved by a preponderance of the evidence all of the elements of her claim for bad faith breach of insurance contract (statutory), as set forth in Instruction No. 13?

_X_ Yes   ___ No

**If your answer to question no. 4 is "no," then do not answer question nos. 5, 6, and 7, and proceed to question no. 8. If your answer to question no. 4 is "yes," then answer question nos. 5, 6, and 7.**

5. What amount of damages, if any, as defined in Instruction No. 20, do you find by a preponderance of the evidence were caused by the defendant's bad faith breach of insurance contract (statutory)?

$ _96,000_

6. Do you find that the defendant, State Farm, proved by a preponderance of the evidence its affirmative defense of failure to mitigate damages, as defined in Instruction No. 27?

___ Yes   _X_ No

7. If your answer to question no. 6 was yes, what amount of damages do you find were caused by the plaintiff's failure to mitigate her damages?

$ _∅_____

8. Do you find that the plaintiff, Roberta Folks, proved by a preponderance of the evidence all of the elements of her claim for bad faith breach of insurance contract (common law), as set forth in Instruction No. 14?

_X_ Yes           ____ No

**If your answer to question no. 8 is "no," then do not answer question nos. 9, 10, 11, and 12, but instead date and sign the Verdict Form. If your answer to question no. 8 is "yes," then answer question nos. 9, 10, 11, and 12.**

9. What amount of economic damages, if any, as defined in Instruct No. 21, do you find by a preponderance of the evidence were caused by the defendant's bad faith breach of insurance contract (common law)?

$ _∅_____

10. What amount of non-economic damages, if any, as defined in Instruct No. 22, do you find by clear and convincing evidence, as defined in Instruction No. 22, were caused by the defendant's bad faith breach of insurance contract (common law)?

$ _∅_____

11. Do you find that the defendant, State Farm, proved by a preponderance of the evidence its affirmative defense of failure to mitigate damages, as defined in Instruction No. 27?

____Yes          _X_No

12. If your answer to question no. 11 was yes, what amount of damages do you find were caused by the plaintiff's failure to mitigate her damages?

$ _0_____

13. If you found in favor of the plaintiff on her claim for bad faith breach of insurance contract (common law), do you find that the plaintiff is entitled to punitive damages, as provided in Instruction No. 23?

_X_Yes          ____No

**If your answer to question no. 13 is "no," do not answer question no. 14, but instead date and sign the verdict form. If your answer to question no. 13 is "yes," please answer question no. 14.**

14. If your answer to question no. 13 was yes, what amount of punitive damages do you find should be awarded to the plaintiff?

$ 250,000

Dated this 28 day of Sept, 2012.